1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                              SAN JOSE DIVISION

7

8      ALEJANDRO ORNELAS,                        Case No. 23-cv-00785-VKD

             Plaintiff,
9
                                                 **ORDER OF TRANSFER**
       v.
10

11     DEPUTY ANDRADE, et al.,

             Defendants.
12

13

14          Alejandro Ornelas, a state prisoner currently confined at the Ventura County Jail in

15   Ventura, California, filed a complaint against Jail officers for violating his constitutional rights

16   during a disciplinary hearing.  Dkt. No. 1 at 3, 5.  The Court notes that Plaintiff used the form

17   complaint for the United States District Court for the Central District of California but filed the

18   complaint in this district.  *Id.* at 1.

19          Ventura County Jail is in Ventura County.  Because the acts complained of appear to have

20   occurred in Ventura County, which lies within the venue of the Western Division of the Central

21   District of California, *see* 28 U.S.C. § 84(c)(2), venue properly lies in that district and not in this

22   one.  *See* 28 U.S.C. § 1391(b).  This Court has discretion to either dismiss the case for incorrect

23   venue or transfer it to the proper federal court "in the interest of justice."  *See* 28 U.S.C. § 1406(a).

24   The Court concludes that the interests of justice are best served by the immediate transfer of this

25   action to the United States District Court for the Central District of California.

26          Accordingly, the Court orders that this action shall be transferred.  The Clerk of the Court

27   shall transfer the entire file to the Western Division of the Central District of California.

28          **IT IS SO ORDERED.**

*(left margin, vertical:)* United States District Court   Northern District of California

United States District Court
Northern District of California

1    Dated: February 23, 2023

2

3    VIRGINIA K. DEMARCHI
     United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2