JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ORNELAS,<br><br>        Plaintiff,<br>  v.<br><br>DEPUTY ANDRADE et al.,<br><br>        Defendants. | Case No. 2:23-cv-01435-SPG (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 10, 2023

                                        SHERILYN PEACE GARNETT
                                        UNITED STATES DISTRICT JUDGE